■ In the Matter of RALPH SENESE, Appellant, v VILLAGE OF PENN YAN et al., Respondents. [732 NYS2d 607] —Judgment

unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondents' motion to dismiss the petition as time-barred. The determination terminating petitioner's employment was final and binding on September 22, 1999. This proceeding, commenced in August 2000, is barred by the four-month limitations period provided in CPLR 217 (*see, Matter of Malloy v New York City Health & Hosps. Corp.*, 208 AD2d 542, *lv denied* 84 NY2d 812; *Matter of Bevins v Burgher*, 83 AD2d 662). (Appeal from Judgment of Supreme Court, Yates County, Falvey, J.—CPLR art 78.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.